UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES—GENERAL**

Page 1 of 1

| Case No. | 2:25-cr-00765-MEMF-1 | Date | October 9, 2025 |
|---|---|---|---|

| Present: The Honorable | MAAME EWUSI-MENSAH FRIMPONG, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Damon Berry | CourtSmart | Christina R.B. Lopez |
|---|---|---|
| *Deputy Clerk* | *Court Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Hector Manuel Rodriguez | ✓ | | ✓ | 1) Mark Allen Chambers, CJA | ✓ | ✓ | |

**Proceedings: STATUS CONFERENCE**

The case is called, and counsel make their appearances.

The Court and counsel confer regarding the status of the case. The Defendant waives his rights under the speedy trial act.

The Government is ORDERED to inquire as to the existence of surveillance cameras in the vicinity of the alleged crime (including any surveillance cameras mounted on the Edward R. Roybal Federal Building and United States Courthouse and any surveillance cameras mounted on the Metropolitan Detention Center Los Angeles). The Government is ORDERED to inquire as to the existence of any videos from any such surveillance cameras. The Government is ORDERED to report to defense counsel as to the existence of any such surveillance cameras and the existence of any videos by October 17, 2025.

The parties informed the Court that they intend to file a stipulation regarding the continuance of trial.

**IT IS SO ORDERED.**