```
BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
CHRISTINA R.B. LÓPEZ (Cal. Bar No. 312610)
Assistant United States Attorney
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2475
     Facsimile: (213) 894-0141
     E-mail:    christina.lopez@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>HECTOR MANUEL RODRIGUEZ AND STEVEN RIVERA,<br><br>　　　　　Defendants. | No. 2:25-cr-00765-MEMF<br><br>STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**CURRENT TRIAL DATE:**　11/10/25<br>**PROPOSED TRIAL DATE:**　3/23/26 |

　　　　Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Christina R.B. López; defendant Hector Manuel Rodriguez ("RODRIGUEZ"), both individually and by and through his counsel of record, Mark Chambers; and defendant Steven Rivera ("RIVERA"), both individually and by and through his counsel of record, Amy Fan, hereby stipulate as follows:

　　　　1.　　The Indictment in this case was filed on September 16, 2025.  Defendants first appeared before a judicial officer of the court in which the charges in this case were pending on August 26,

2025. The Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before November 25, 2025.

2. On September 22, 2025, the Court set trial dates of November 10, 2025.

3. Defendants are released on bond pending trial. The parties estimate that the trial in this matter will last approximately two to three days. All defendants are joined for trial and a severance has not been granted.

4. By this stipulation, defendants move to continue the trial date to March 23, 2026. This is the first request for a continuance.

5. Defendants request the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

    a. Defendants are charged with violation of 18 U.S.C. § 111(a)(1): Assault on Federal Officer. The government has produced discovery to the defense, including surveillance footage, reports, interviews, photographs, and criminal history information.

    b. Defense counsel for defendant RODRIGUEZ is presently scheduled to be in trial as set forth in Exhibit A. Defense counsel for defendant RIVERA is presently scheduled to be in trial and has other conflicts as set forth in Exhibit B. Accordingly, counsel represents that they will not have the time that they believe is necessary to prepare for or be available to try this case on the current trial date.

    c. In light of the foregoing, counsel for defendants also represent that additional time is necessary to confer with defendants, conduct and complete an independent investigation of the case, conduct and complete additional legal research including for

potential pre-trial motions, review the discovery and potential evidence in the case, and prepare for trial in the event that a pretrial resolution does not occur. Defense counsel represent that failure to grant the continuance would deny them reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       d.    Defendants believe that failure to grant the continuance will deny them continuity of counsel and adequate representation.

       e.    The government does not object to the continuance.

       f.    The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

    6.    For purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that the time period of November 10, 2025, to March 23, 2026, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendant's request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the

3

reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7. Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED.

Dated: October 15, 2025           Respectfully submitted,

                                        BILAL A. ESSAYLI
                                      Acting United States Attorney

                                      JOSEPH T. MCNALLY
                                      Assistant United States Attorney
                                      Acting Chief, Criminal Division


                                        /s/ Christina R.B. López
                                      CHRISTINA R.B. LÓPEZ
                                      Assistant United States Attorney

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA

I am Hector Manuel Rodriguez's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than March 23, 2026, is an informed and voluntary one.

_/s/ Mark Chambers_        10-9-25
MARK CHAMBERS        Date
Attorney for Defendant
Hector Manuel Rodriguez

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than March 23, 2026. I understand that I will be ordered to appear in Courtroom 8B of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on March 23, 2026, at 8:30 a.m.

_/s/ Hector Rodriguez_        10.9.25
HECTOR MANUEL RODRIGUEZ        Date
Defendant

5

I am Steven Rivera's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than March 23, 2026 is an informed and voluntary one.

_____    10/9/2025
AMY FAN                          Date
Attorney for Defendant
Steven Rivera

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than March 23, 2026. I understand that I will be ordered to appear in Courtroom 8B of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on March 23, 2026, at 8:30 a.m.

_____    10/9/25
STEVEN RIVERA                    Date
Defendant