**EXHIBIT A – Defense Trial Conflicts**

**Defendant RODRIGUEZ**

1. USA v Pacheco
   Christian Pacheco
   24-CR-640-MRA-3; Judge Monica Ramirez Almadani (MRA)
   Filed: 10-25-24
   Three defendant case
   18usc846;841
   Drug distribution
   Current trial date: 12-15-25
   Case will proceed to trial on 12-15-25
   Trial length: five days
   There have been several continuances
   Client is in custody

2. USA v Wimbley
   Jerry Wimbley III
   25-CR-359-MCS-3; Judge Mark C. Scarsi (MCS)
   Filed: 5-8-25
   Three defendant case
   18usc1959(a)(1)
   Trial length one month
   There has been one continuance
   Current trial date: 1-20-26
   Case will be continued to late 2026

3. USA v Lamson
   Jose Lamson
   25-CR-766-JFW-4; Judge John F. Walter (JFW)
   Filed: 9-16-25
   Four defendant case
   18usc846;841
   Drug distribution
   Current trial date: 11-25-25
   Estimated trial date mid 2026
   Trial length: 2 weeks
   There have been no requests for continuance, at this time