**EXHIBIT B – Defense Trial Conflicts**

**Defendant RIVERA**

1. **US v. Hurtado, et al.,** CR 23 - 545- AB (FSI caption is now US v. Grijalva et al)
   Client: Marco Hernandez (Def No: 21)
   Indictment Filed Nov 8 2023
   Ntc of Complex Case filed Nov 8 2023
   First Superseding Indictment Filed Dec 11 2024
   Current Trial Date **November 19 2025**
   Number of Continuances:  4
   Likelihood of proceeding: Parties working on stipulation to continue to **May 19 2026**
   Estimated Trial Length - two to four weeks
   Case:  Eleven remaining defendants charged with RICO (murder, robbery), 924(c), conspiracy to distribute narcotics involving alleged MS-13 gang.

2. **US v. Quan, CA 25-3550**
   Ninth Circuit Court of Appeals
   Direct Criminal Appeal from guilty plea and sentencing from the Central District of CA
   Appellant:  Jennifer Quan
   Appellants Opening Brief Due **December 22 2025**
   Extensions of Time for Briefing:  1

3. **US. v. Derus, CA 25-5376**
   Ninth Circuit Court of Appeals
   Direct Criminal Appeal from guilty plea and sentencing from the District Court of Guam
   Appellant:  Kyle James Derus
   Appellant's Opening Brief Due: **December 31 2025**
   Extensions of Time for Briefing:  0

4. **U.S. v. Richardson, et al., CR 25-359-MCS**
   Client:  Jerry Wimbley Jr (Def No. 2)
   Indictment Filed:  May 8, 2025
   Current Trial Date:  **January 20 2026**
   Number of continuances:  1
   Likelihood of proceeding:  Parties have filed proposal **to vacate trial date** in favor of status conference, pending
   Estimated Trial Length - at least 4 weeks
   Case:  Defendants charged with VICAR murder in aid of racketeering involving two victims and an attempted murder of third victim, and possession of firearm.  Potential death penalty capital punishment.

5.  **US v. Wedding, et al., CR 24-369-SPG**
    Client:  Jose Sosa Cardenas (Def No: 10)
    First Superseding Indictment Filed September 17, 2024
    Notice of Complex Case Filed September 17, 2024
    Current Trial Date **February 11, 2026**
    Number of Continuances:  2
    Likelihood of proceeding: Likely to proceed
    Estimated Trial Length - two to four weeks
    Case:  Multi def conspiracy to distribute and possess with intent to distribute controlled substances to Canada from the Central District of CA, possession of firearm in furtherance of a drug-trafficking offense, conspiracy to export controlled substances, co def also charged with continuing criminal enterprise, murder in connection with continuing enterprise and attempted murder in connection with continuing enterprise