TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
CHRISTINA R.B. LÓPEZ (Cal. Bar No. 312610)
IRICEL E. PAYANO (Cal. Bar No. 349141)
Assistant United States Attorneys
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2475/3899
     Facsimile: (213) 894-0141
     E-mail:    christina.lopez@usdoj.gov
                iricel.payano@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-cr-00765-MEMF-1 |
|---|---|
| Plaintiff, | NOTICE OF MOTION AND MOTION TO DISMISS INDICTMENT AGAINST DEFENDANT HECTOR MANUEL RODRIGUEZ WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| HECTOR MANUEL RODRIGUEZ, | |
| Defendant. | |

     Pursuant to Federal Rule of Criminal Procedure 48(a), the United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys Christina R.B. López and Iricel E. Payano, hereby moves to dismiss with prejudice the indictment in the above-captioned case against defendant Hector Manuel Rodriguez ("Defendant Rodriguez"), charging Defendant Rodriguez with Assault on a Federal Officer in violation of 18 U.S.C. § 111(a)(1).

The United States moves to dismiss the indictment with prejudice only against Defendant Rodriguez in the interests of justice under Federal Criminal Rule 48(a), and therefore respectfully requests that the Court grant its motion.  The United States does not seek dismissal of the indictment against defendant Steven Rivera. Defendant Rodriguez does not oppose dismissal, and the parties agree that the March 23, 2026 trial set in this matter should be vacated.

Dated: March 19, 2026          Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States
Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division


/s/ Christina R.B. López
CHRISTINA R.B. LÓPEZ
IRICEL E. PAYANO
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA