UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HECTOR MANUEL RODRIGUEZ,<br>Defendant. | No. 2:25-cr-00765-MEMF-1<br><br>[PROPOSED] ORDER GRANTING MOTION TO DISMISS INDICTMENT AGAINST DEFENDANT HECTOR MANUEL RODRIGUEZ WITH PREJUDICE |

The Court has read and considered the United States' Motion to Dismiss the Indictment Against Defendant Hector Manuel Rodriguez With Prejudice Pursuant to Federal Rule of Criminal Procedure 48(a).

//

//

//

Finding good cause therefore and that dismissal is in the interests of justice, the Court hereby GRANTS the MOTION and ORDERS as follows:

1. The indictment is hereby DISMISSED with prejudice as to defendant Hector Manuel Rodriguez only.
2. The trial set for March 23, 2026 at 8:30 a.m. is hereby vacated.

IT IS SO ORDERED.

______________________________
DATE

______________________________
HON. MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Christina R.B. López
CHRISTINA R.B. LÓEPZ
Assistant United States Attorney