TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
CHRISTINA R.B. LÓPEZ (Cal. Bar No. 312610)
IRICEL E. PAYANO (Cal. Bar No. 349141)
Assistant United States Attorneys
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2475/3899
    Facsimile: (213) 894-0141
    E-mail:   christina.lopez@usdoj.gov
           iricel.payano@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-cr-00765-MEMF-1 |
|---|---|
| Plaintiff, | STATEMENT REGARDING MOTION TO DISMISS INDICTMENT AGAINST DEFENDANT HECTOR MANUEL RODRIGUEZ WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| HECTOR MANUEL RODRIGUEZ, | |
| Defendant. | |

Pursuant to the Court's March 19, 2026 order (Dkt. 78), the United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys Christina R.B. López and Iricel E. Payano, hereby states that the government consulted with P.S., the victim named in the indictment against defendant Hector Manuel Rodriguez, on March 19, 2026.  P.S. is aware that the

//

//

government has moved to dismiss the indictment against defendant Hector Manuel Rodriguez with prejudice, and P.S. does not wish to be heard on that motion.

 Dated: March 20, 2026              Respectfully submitted,

                                    TODD BLANCHE
                                    Deputy Attorney General

                                    BILAL A. ESSAYLI
                                    First Assistant United States
                                    Attorney

                                    ALEXANDER B. SCHWAB
                                    Assistant United States Attorney
                                    Acting Chief, Criminal Division


                                    /s/ Christina R.B. López
                                    CHRISTINA R.B. LÓPEZ
                                    IRICEL E. PAYANO
                                    Assistant United States Attorneys

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

2