JS-3

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

            v.

HECTOR MANUEL RODRIGUEZ,

        Defendant.

No. 2:25-cr-00765-MEMF-1

ORDER GRANTING MOTION TO DISMISS INDICTMENT AGAINST DEFENDANT HECTOR MANUEL RODRIGUEZ WITH PREJUDICE [DKT. NO. 77]

The Court is in receipt of the United States' Motion to Dismiss the Indictment Against Defendant Hector Manuel Rodriguez With Prejudice Pursuant to Federal Rule of Criminal Procedure 48(a). Dkt. No. 77 ("Motion"). The Government asserts that dismissal is in the interests of justice, Dkt. No. 77, and that the named victim—who is aware of the motion—does not wish to be heard on the motion, Dkt. No. 79. Finding good cause therefor, and that dismissal is in the interests of justice, the Court hereby GRANTS the MOTION and ORDERS as follows:

    1.    The indictment is hereby DISMISSED with prejudice as to defendant Hector Manuel Rodriguez only.

2.    The trial set for March 23, 2026, at 8:30 a.m. is hereby vacated.

IT IS SO ORDERED.

March 20, 2026
_____                    _____
DATE                                       HON. MAAME EWUSI-MENSAH FRIMPONG
                                           UNITED STATES DISTRICT JUDGE